# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 25-2046V
Reissued for Public Availability: June 4, 2026

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ZARAH M. KIMBLE, *parent and natural guardian of K.K.*,

                      Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

                      Respondent.

Special Master Jennifer A. Shah

Filed: May 1, 2026

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Zarah M. Kimble*, Spring Valley, CA, *pro se.*
*Emilie Williams*, U.S. Department of Justice, Washington, DC, for Respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On December 2, 2025, Zarah M. Kimble ("Petitioner" or "Ms. Kimble") filed a petition for compensation under the National Vaccine Injury Compensation Program, on behalf of her minor child, K.K. ECF No. 1 ("Petition"). Petitioner alleged that K.K. developed autism spectrum disorder ("ASD") from the MMR and Varicella vaccinations K.K. received on August 11, 2018. Petition at 1.

On April 30, 2026, Petitioner filed a Notice of Voluntary Dismissal. ECF No. 11. In light of this filing (received before Respondent's Rule 4(c) Report), pursuant to Vaccine Rule 21(a)(1)(A), **this case is dismissed without prejudice.** Accordingly, **this Order hereby notifies the Clerk of the Court that proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

**IT IS SO ORDERED.**

Jennifer A. Shah
Special Master

---

[1] Pursuant to Vaccine Rule 18(b), this order was initially filed on May 1, 2026, and the parties were afforded 14 days to propose redactions. The parties did not propose and redactions. Accordingly, this order is reissued in its original form for posting on the court's website.